**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian T. Fabich                                CHAPTER 13
         Holly A. Fabich
                Debtor(s)                    BKY. NO. 20-21119 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                                    Respectfully submitted,

                                                    **/s/James C. Warmbrodt, Esquire**
                                                    James C. Warmbrodt, Esquire
                                                    Attorney I.D. No. 42524
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    412-430-3594
                                                    jwarmbrodt@kmllawgroup.com