IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 20-21119-CMB** |
| **Brian T. Fabich** | ) | **Chapter 13** |
| **Holly A. Fabich** | ) | **Doc No. __** |
| **Debtor** | ) | |
| **Brian T. Fabich** | ) | |
| **Holly A. Fabich** | ) | |
| **Movant** | ) | |
| **vs** | ) | |
| **No Respondent** | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **XX The Debtors are not required to pay any Domestic Support Obligations**

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On, April 3, 2020 at docket number14**,** the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by **undersigned Counsel duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.]**


Dated: **March 13, 2025**         /s/Bryan P. Keenan
                                  **Bryan P. Keenan, PA ID # 89053**
                                  **Bryan P. Keenan & Associates, P.C.**
                                  **Attorneys for Debtor**
                                  **993 Greentree Road, Suite 201**
                                  **Pittsburgh, PA 15220**
                                  **(412)-922-5116**
                                  **keenan662@gmail.com**