**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BRIAN T. FABICH <br> HOLLY A. FABICH <br>       Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>       vs. <br> No Respondents. | Case No.:20-21119 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/27/2020 and confirmed on 6/24/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 182,908.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 182,908.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,000.00 | |
|   Trustee Fee | 9,590.10 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,590.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T MORTGAGE CORP*/M&T BANK | 0.00 | 92,056.74 | 0.00 | 92,056.74 |
|   Acct: 0239 | | | | |
| M & T MORTGAGE CORP*/M&T BANK | 164.15 | 164.15 | 0.00 | 164.15 |
|   Acct: 0239 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 35,534.06 | 0.00 | 35,534.06 |
|   Acct: 6371 | | | | |
| NORTHWEST BANK* | 0.00 | 38,747.52 | 0.00 | 38,747.52 |
|   Acct: 0959 | | | | |
| | | | | 166,502.47 |
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN T. FABICH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 13,095.45 | 473.27 | 0.00 | 473.27 |
|   Acct: 5949 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 825.54 | 29.84 | 0.00 | 29.84 |
|   Acct: 1001 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5873 | | | | |
| BANK OF AMERICA NA** | 3,831.89 | 138.48 | 0.00 | 138.48 |
|   Acct: 2773 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,831.36 | 66.19 | 0.00 | 66.19 |
|   Acct: 1551 | | | | |
| LVNV FUNDING LLC | 11,537.06 | 416.95 | 0.00 | 416.95 |
|   Acct: 4148 | | | | |
| LVNV FUNDING LLC | 6,957.17 | 251.43 | 0.00 | 251.43 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7170 | | | | |
| | CITIZENS BANK NA** | 47,802.17 | 1,727.56 | 0.00 | 1,727.56 |
| | Acct: 0040 | | | | |
| | US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4363 | | | | |
| | DISCOVER BANK(*) | 20,581.55 | 743.81 | 0.00 | 743.81 |
| | Acct: 2422 | | | | |
| | DISCOVER BANK(*) | 5,256.87 | 189.98 | 0.00 | 189.98 |
| | Acct: 9352 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1355 | | | | |
| | GNC COMMUNITY F C U | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | PNC BANK NA | 3,887.56 | 140.50 | 0.00 | 140.50 |
| | Acct: 3613 | | | | |
| | CITIZENS BANK NA | 7,939.71 | 286.94 | 0.00 | 286.94 |
| | Acct: 0328 | | | | |
| | CITIZENS BANK NA | 4,416.20 | 159.60 | 0.00 | 159.60 |
| | Acct: 7125 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 3,904.94 | 141.12 | 0.00 | 141.12 |
| | Acct: 6872 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 115.27 | 4.17 | 0.00 | 4.17 |
| | Acct: 3919 | | | | |
| | TD BANK USA NA** | 686.18 | 24.80 | 0.00 | 24.80 |
| | Acct: 8282 | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9998 | | | | |
| | UPMC HEALTH SERVICES | 366.82 | 13.26 | 0.00 | 13.26 |
| | Acct: 7260 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 208.40 | 7.53 | 0.00 | 7.53 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3919 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,815.43 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 171,317.90 |

TOTAL CLAIMED
  PRIORITY           0.00
  SECURED          164.15
  UNSECURED    133,244.14

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   BRIAN T. FABICH
   HOLLY A. FABICH
        Debtor(s)

   Ronda J. Winnecour
        Movant
      vs.
   No Repondents.

Case No.:20-21119

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian T. Fabich  
Holly A. Fabich  
    Debtors

Case No. 20-21119-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Mar 27, 2025     Form ID: pdf900     Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian T. Fabich, Holly A. Fabich, 340 Roberts Lane, New Castle, PA 16105-1326 |
| 15231884 | + | ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 15223825 | | M&T Bank, Lending Services, PO Box 1288, Buffalo, NY 14210-2182 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2025 00:12:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2025 00:16:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2025 00:12:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15223814 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2025 00:13:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 15235531 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 00:28:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15223815 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 00:16:38 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15223816 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2025 00:12:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15242996 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 28 2025 00:13:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15223819 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2025 00:12:00 | Citizens Bank, Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 15229235 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2025 00:12:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15223828 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2025 00:12:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15223817 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2025 00:27:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15223818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2025 00:28:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-21119-CMB   Doc 52   Filed 03/29/25   Entered 03/30/25 00:28:17   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15223820 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 28 2025 00:14:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15226433 | | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223821 | + | Email/Text: mrdiscen@discover.com | Mar 28 2025 00:12:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15308573 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 28 2025 00:13:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15223823 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2025 00:13:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 15223822 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2025 00:12:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15250012 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2025 00:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15234397 | + | Email/Text: RASEBN@raslg.com | Mar 28 2025 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15246398 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 00:16:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15232727 | | Email/Text: camanagement@mtb.com | Mar 28 2025 00:13:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15223826 | + | Email/Text: angela.abreu@northwest.com | Mar 28 2025 00:12:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15223827 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2025 00:12:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15249381 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2025 00:12:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15249553 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 28 2025 00:27:40 | Synchrony Bank, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15224140 | ^ | MEBN | Mar 28 2025 00:09:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15223829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:17:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15223830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2025 00:16:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15250311 | + | Email/Text: bncmail@w-legal.com | Mar 28 2025 00:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15223831 | + | Email/Text: bncmail@w-legal.com | Mar 28 2025 00:13:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15223832 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 28 2025 00:14:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15238521 | | Email/Text: BNCnotices@dcmservices.com | Mar 28 2025 00:13:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15244860 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2025 00:16:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 35

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf900 | Total Noticed: 38 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15223824 | ##+ | Gnc Community Fcu, 201 S Jefferson, New Castle, PA 16101-3823 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Holly A. Fabich keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Brian T. Fabich keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7