IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN T. FABICH
HOLLY A. FABICH
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 20-21119

Chapter 13

Related to: Document No. 49

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __14th__ day of __May__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
5/14/25 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21119-CMB |
| Brian T. Fabich | Chapter 13 |
| Holly A. Fabich | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian T. Fabich, Holly A. Fabich, 340 Roberts Lane, New Castle, PA 16105-1326 |
| 15231884 | + | ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 15223824 | + | Gnc Community Fcu, 201 S Jefferson, New Castle, PA 16101-3823 |
| 15223825 | | M&T Bank, Lending Services, PO Box 1288, Buffalo, NY 14210-2182 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 15 2025 00:07:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:18:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 15 2025 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15223814 | + | Email/Text: bncnotifications@pheaa.org | May 15 2025 00:07:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 15235531 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 00:17:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15223815 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 00:46:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15223816 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2025 00:07:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15242996 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 15 2025 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15223819 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizens Bank, Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 15229235 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15223828 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 15 2025 00:07:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15223817 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2025 01:09:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15223818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 00:18:51 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15223820 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | Department of Education/Nelnet, Attn: Claims, Po |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 82505, Lincoln, NE 68501-2505 |
| 15226433 | | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15223821 | + | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15308573 | | Email/Text: ECMCBKNotices@ecmc.org | May 15 2025 00:08:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15223823 | | Email/Text: collecadminbankruptcy@fnni.com | May 15 2025 00:07:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 15223822 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 15 2025 00:07:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15250012 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15234397 | + | Email/Text: RASEBN@raslg.com | May 15 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15246398 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:47:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15232727 | | Email/Text: camanagement@mtb.com | May 15 2025 00:08:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15223826 | + | Email/Text: angela.abreu@northwest.com | May 15 2025 00:07:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15223827 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 00:07:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15249381 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 00:07:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15249553 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:18:19 | Synchrony Bank, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15224140 | ^ | MEBN | May 15 2025 00:07:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15223829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:18:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15223830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:30:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15250311 | + | Email/Text: bncmail@w-legal.com | May 15 2025 00:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15223831 | + | Email/Text: bncmail@w-legal.com | May 15 2025 00:08:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15223832 | + | Email/Text: BankruptcyNotice@upmc.edu | May 15 2025 00:08:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15238521 | | Email/Text: BNCnotices@dcmservices.com | May 15 2025 00:08:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15244860 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 00:18:50 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Holly A. Fabich keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Brian T. Fabich keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7